# Consumer Litigation Associates, P.C.

ATTORNEYS AND COUNSELORS AT LAW
A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road
Alexandria, Virginia 22314

Susan M. Rotkis, Esquire
srotkis@clalegal.com
(757) 930-3660 Phone
(757) 930-3662 Facsimile

REPLY TO: HAMPTON ROADS OFFICE

July 8, 2014

Fernando Galindo, Clerk
United States District Court
United States Courthouse
2400 West Avenue
Newport News, VA 23607

*via: Federal Express*

Re: Jimmie L. Barrow and Eleanor R. Barrow v. Bank of America, N.A., et al

Dear Mr. Galindo:

Enclosed please find the following with regard to the above-referenced matter which I would kindly appreciate your filing and processing for service:

1. Original Civil Cover Sheet.
2. Original and one copy of the Summons in a Civil Action for each Defendant.
3. Original and five copies of the Complaint.
4. Filing fee check in the amount of $400.00, payable to Clerk of Court.

Please forward the service copies of the Summonses and Complaints back to my attention for service through our private process server.

Thank you for your assistance in this matter, I remain

Very truly yours,

Dawn Chaffer
Assistant to Susan M. Rotkis

/dmc
Enclosure